We are here on a sedentary for petition approvals. The petition accomplishes defensive trials in which a criminal defendant is the leader of the San Francisco branch of the P.S. 13 community and is inferior to potential victims. Petitioners testify that four days in prison is not a previous occasion to do the petition's version of the rival gang of containers. Prior to the early trial, the prosecution and detainees were among the small minority of the San Francisco police department. We are aware that just two months before his death in June 2004, quick things got ordered to kill Francisco Garcia, a man who made the entertainment of the Dallas city. Indeed, Molina had done a trial in force to gather evidence of the Garcia murder. He served in the Dallas city police and several other departments. He was actually listed in the Garcia investigating file as a major witness to the prosecution and security of the detainees. How did this change the outcome of the case? What was your mind at the time in intervening in the investigation of this trial? The prosecution's matter in the part that the Garcia killing was in April of 2004, Garcia and quick things was shut in June of 2004. The trial in the case was in June of 2007, or the fall of 2007. So it was several years later. But the prosecution turned over the evidence concerning the Garcia killing despite the fact that it was clearly relevant to the self-defense claim that his father had accomplished. And Molina falsely testified that he did not have any information. And he was challenged very heavily by the MS-13 influence before he was given a specific shot. Even though, even though he actually was the officer who collected the information from this involvement, Gabe San Mateo actually threw up a photograph of Molina to be used in the San Mateo case. And he's well aware that the 15-year-old who can't accept a warrant in this year's trial has stated that he was challenged very heavily for a prior incident involving a martyred civilian who has a range of evidence against him. And so the Supreme Court made clear that it was true. The federal claim is being garnered as extreme malfunctions in the state justice system. This is an extreme malfunction in the state justice system as was, as was the case of Baca v. Adams. The international community to this court had attempted to dismiss blatant perjury by prosecutors as being part of that. And in that position, it took the power of this court so severely from her management manager in general for taking that position. And she specifically authorized her community to come to this court as her independent assistant in this case. This case is in its third reading. The other thing we're going to address is the precedent of this court. The oral argument is that this matter is judicially irresponsible. And the statements by the Supreme Court have been made by a number of other members of the international community. We do have a personal opinion on the issues that arose in this case. Those of you who have been involved in the court and have gotten to know you, the investigation has been low. It wasn't held for a year. It's been six years. We've discussed some of the statements, and there are a bunch of, there are changes that have surfaced in this issue. So, in those issues, there was a trial. There was a discussion about how the defense could be used in a three-person room. And I remember the phrase was correct. The trial court says, if there's people you discussed in a later time or something like that, and I don't know if it's actually true or if it's been approved by the trial court, that no, the defense cannot use that three-person room. Well, the trial court did indicate that it was in the neighborhood. However, on the new trial motion in New York, the court did state a little more unequivocally that the people who are in that particular room, it's in fact the subject of the court's opinion on that, not the defendant. But, once again, getting to the facts of the case, at that point, the prosecuting representatives of the court had just been introduced to the exclusionary court, and the notion that the Federal Department would provide that information about what it is was, in some sense, a liability. They didn't know who it was. In furthermore, she stated that, having shown that report to Melina, he still maintained the opinion that he had no evidence of a violence on the part of the plaintiffs or a reputation for violence on the part of the plaintiffs. At that point, Melina explained to the defense that, so, in the trial proceedings, that the state, the prosecutor, said, I have discussed the reputation of a witness with Mariano here, and go over it. I've shown him the state opinion that he's heard in murders, and he says he doesn't change his opinion or his own reputation for violence. But, in fact, Melina knows that he is the main investigator in the case committed by the plaintiffs to us for this incident. And, you know, I explained to the court that, you know, the notion that it wasn't the state's justice court who approved, it's the notion that it is self-defense case, that the court is essentially a military commander of a military operative that commits this kind of vicious violence, because ultimately it makes no difference. And one of the last things that he said makes no difference is that the defendant testified that he had been threatened by the plaintiffs in prior occasions. The first occasion that that viciously encroached on him has been a complete fabrication. And yet, Nicole says, oh, we had the opportunity to talk about plaintiffs' crimes, to him specifically. So there was no need to corroborate that with the fact that the plaintiffs and the attorney's positions are different in the case. And you didn't take it forward. Why did you not take it forward? Why do you think that's a concern? Because you didn't know anything about it. Well, you already have two state courts involved in the first one. I'm not sure if it's an independent case. We were told by the state that there was something going on in San Mateo, and so to the effect that it might have been involved in the shooting. However, they had no information. We were able to provide the statement beside that fact, because the San Mateo student was being fired, and the feds said they wanted to fire him. Now, of course, what we now know is that the information that San Mateo had and the information that the feds had was given to them by Mario Menea. So then, on the first appeal, the state prosecutors completely suspected that Menea might have been the information coming from him, because we now know that we now know that Menea has a courtesy in trial, which is that the information coming from him was still in fact given by Mario Menea, who cooperated with the system. And that would be impressive. So, the first of the appeals, I suppose, what we're asking for is an entirety of the data to respond to that, and we're denied that in the first appeal. But there's no substantive evidence, and there's not a decision on the merits by the state court which discusses the dangerousness of the information that was revealed, including federal evidence that are given in trial, the role of white police in murdering white Texas college students soon before. That just actually seems to me to be pretty small, however, it might be larger. And that's why it's a danger, and we believe that it's a long-range report, which is a little bit more extreme, but we're expecting it to be serious. Counsel, I see your argument, and I'm sorry to interrupt you, but it is so, as you can see, by the way, very funny, and I appreciate your argument, and it is probably, I mean, it is what's important to me, but, of course, that's really my problem with the case, whether it's really the force of this case, because there's nothing in the record that counsels us where the police, the police are going to do it, but it's going to be cheap to do it. If that's so, if there's nothing in the record, then it might not be part of this state of mind, and that's the kind of reaction that's going to be before us, and somewhere on the record, which we find, for example, somewhere, white Texas college college students. Sure. However, I mean, California law, people can use it, but it's absolutely clear that, in this case, you are entitled to the actions of the character of the person you know, or the actions of the character, whether you feel bad about it or not, and furthermore, your honor, the police. Okay. You know, and that is the state of mind, you're saying that, you know, I've been in cases like this, each time, and, hey, you know, you didn't know that, you can get involved in this, on what basis? Absolutely. I mean, for one thing, to me, it's a complete defense to a charge of, to a charge of murder. As I said, it's in front of defense, because, objectively, it's unreasonable, and dangerousness of this person. But, in order to gain influence, it has to be a reasonable doing. And, in the California law, people are suspecting, the political character of the, of the deceased. Is there a reason to show, specifically, for a crime like this, is, is that, it, it shows his reputation, his, his reputation for being a violent person? Well, I do not, because in this case, it is also, kind of, the best you can teach, the statement of, of, you know, that he had a reputation, for, for violence. But, but, you know, I, I understand, but, I do not understand the way he has come here, to places like that. Straight off the state's court, on trying to understand what it is, to be the reference, service issue, that, that the justice system is about. Some disagreements, someone mentioning being interrupted, to, that he had DLS 13, which is an, I don't know, vicious cruise of, stupid firing of a First Amendment justice testimony. And, just to give you an outline, that he was in a, was 13 months of service, and that so, this is something that, that he's conditioned, he's punished, he's out of the prosecution, he's in, in, in post-mortem, except, but,   this, this, this,  this, this, this, this, this, this, this, this, this, this, this, this, this, this, this,      this, this, this, this, this, this. However, nonetheless,   has less opinion than the ones active in thinking nonetheless, have less opinion, than the ones active in thinking — and — In the end, despite that, not, not, not 했는데 before, because I, with my audience, the audience who comes in and we continue to — So, so the, the state has fired plus the party.  «Unexplained «Unexplained » «Unexplained » «Unexplained » Let me start here « seasons will come » on time on time he he knows that He knows the company's case on December 14th, 2007. The prosecutor, Warren Johnson, he calls this case a black ladder. It's the opening of a law that has indicated that some companies have been flagged under the Oklahoma law for shooting that apparently occurred in the U.S. City. The letter says, this comes from a position that may be a federal informant who provides information to the U.S. City in response to some development. He says, this is a letter from the U.S. Department of Education that has been referred to the State Department as simply a record of an incident that has occurred in the county. Well, when he hears this letter, what he's reading here, he says here, this comes from a position that may be a federal informant who provides information to the U.S. City in response to some development. He says, this is a letter from a position that may be a federal informant who provides information to the U.S. City in response to some development. Well, these are the responses that the fuzzy documentation is saying, this is from the Department of Education is offering. He has the information offering from his counsel. He tells you, so you can get the point I'm waiting on. Now, I don't understand, what the law is doing here. So, something can tell me in regards that the information that Mel intends to use, but no implementation burden valve is an online investigation. I don't see this problem. That is what I'm understanding. And,
judges: Wallace, Schroeder, Owens